UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Rashad J. Williamson　　　　　　　　　　　　　　　Docket No. 5:16-MJ-1289-1

## Petition for Action on Probation

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rashad J. Williamson, who, upon an earlier plea of guilty to 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level 5, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on January 4, 2017, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is now being supervised in the District of Colorado. The defendant has received some mental health treatment through the Veterans Affairs Office in Colorado. The new supervising USPO asked that our office ask to modify the judgment to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　　/s/ Lee Holmes
Eddie J. Smith　　　　　　　　　　　　　　　　Lee Holmes
Supervising U.S. Probation Officer　　　　　　　Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 Dick Street
　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301-5730
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2568
　　　　　　　　　　　　　　　　　　　　　　　Executed On: February 14, 2017

## ORDER OF THE COURT

Considered and ordered this __14th__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

*/s/ Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge